UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CAMPUS LIFE & STYLE, a/a/f The Blake,<br><br>Plaintiff,<br><br>v.<br><br>KRISTIAN JORDAN, et. al.,<br><br>Defendants. | CIVIL ACTION NO.<br>1:21-CV-03866-JPB |

## ORDER ADOPTING FINAL REPORT AND RECOMMENDATION

This matter is before the Court on the Magistrate Judge's Final Report and Recommendation [Doc. 3]. This Court finds as follows:

Absent objection, a district judge has broad discretion to accept, reject or modify a magistrate judge's proposed findings and recommendations. United States v. Raddatz, 447 U.S. 667, 680 (1980). Because no objections have been filed, and in accordance with 28 U.S.C. § 636(b)(1) and Rule 72 of the Federal Rules of Civil Procedure, the Court has reviewed the Final Report and Recommendation for clear error and finds none.

Accordingly, the Court **APPROVES AND ADOPTS** the Final Report and Recommendation [Doc. 3] as the judgment of the Court. For the reasons stated in

the Magistrate Judge's Report and Recommendation, this action is **REMANDED** to the Magistrate Court of Cobb County.

**SO ORDERED** this 14th day of October, 2021.

J. P. BOULEE
United States District Judge